

# PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**BRENT E. PELTON, ESQ.**                                                DECEMBER 12, 2018
PELTON@PELTONGRAHAM.COM

<u>**VIA ECF**</u>

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

    **Re:**    *Cabrera, et al. v. Maca Restaurant, Corp., et al.*,
          <u>**Civil Action No. 18-CV-00433 (AT)**</u>

Dear Judge Torres:

    We represent the plaintiffs in the above-referenced matter. We write to provide the Court with an update as to the status of the parties' revised settlement agreement.

    On November 20, 2018, the undersigned submitted a letter to Your Honor explaining that because we had only obtained permission to utilize the signatures provided on the September 17, 2018 settlement agreement from two (2) of the four (4) plaintiffs, we would be unable to file the revised agreement that day. (Dkt. No. 29). On November 26, 2018, defense counsel filed a letter motion to enforce the revised settlement agreement. (Dkt. No. 31). Subsequently, Plaintiffs' counsel was able to obtain authorization from all four (4) plaintiffs to use their prior signatures for purposes of enforcing the revised settlement agreement. The parties' fully executed revised settlement agreement is attached hereto as Exhibit A. Thus, Plaintiffs respectfully join in Defendants' request that the Court approve the revised agreement.

    We appreciate Your Honor's attention to this matter. Please contact the undersigned counsel for the parties should you have any questions regarding this submission.

                                                Respectfully submitted,

                                                **PELTON GRAHAM LLC**

                                                By:   */s/ Brent E. Pelton, Esq.*

                                                Brent E. Pelton
                                                Taylor B. Graham
                                                111 Broadway, Suite 1503
                                                New York, NY 10006

                                                *Attorneys for Plaintiffs*