

**PELTON GRAHAM LLC**

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**BRENT E. PELTON, ESQ.**                                          DECEMBER 18, 2018
PELTON@PELTONGRAHAM.COM

<u>**VIA ECF**</u>

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

    **Re:**    *Cabrera, et al. v. Maca Restaurant, Corp., et al.*,
          <u>**Civil Action No. 18-CV-00433 (AT)**</u>

Dear Judge Torres:

    We represent the plaintiffs in the above-referenced matter. Pursuant to Your Honor's December 12, 2018 Order (Dkt. No. 34), enclosed please find the fully executed revised Settlement Agreement for Your Honor's review and consideration.

    We appreciate Your Honor's attention to this matter. Please contact the undersigned counsel for the parties should you have any questions regarding this submission.

    Respectfully submitted,

    **PELTON GRAHAM LLC**

    By:   */s/ Brent E. Pelton, Esq.*
    Brent E. Pelton
    Taylor B. Graham
    111 Broadway, Suite 1503
    New York, NY 10006

    *Attorneys for Plaintiffs*